# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:20−mj−06126−MPK All Defendants

| | |
|---|---|
| Case title: USA v. Torres | Date Filed: 02/14/2020 |
| Other court case number: 20−10059 District of New Jersey | Date Terminated: 02/18/2020 |

Assigned to: Magistrate Judge M. Page Kelley

**Defendant (1)**

| | | |
|---|---|---|
| **Jose Torres**<br>*TERMINATED: 02/18/2020* | represented by | **Joseph B. Simons**<br>Simons Law Office<br>One International Place<br>Suite 1400<br>Boston, MA 02110<br>617−292−6260<br>Fax: 617−275−0934<br>Email: joe@jbsimonslaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2422(a)(Coercion and Enticement) | |

**Plaintiff**

| | | | |
|---|---|---|---|
| **USA** | | represented by | **K. Nathaniel Yeager** <br> US Attorney's Office – MA <br> J. Joseph Moakley U.S. Courthouse <br> 1 Courthouse Way <br> Suite 9200 <br> Boston, MA 02210 <br> 617–748–3311 <br> Email: nathaniel.yeager@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant US Attorney* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/14/2020 | | | Arrest (Rule 5) of Jose Torres. (Defendant lodged) (Belmont, Kellyann) (Entered: 02/18/2020) |
| 02/18/2020 | 1 | 4 | ELECTRONIC NOTICE of Case Assignment as to Jose Torres; Magistrate Judge M. Page Kelley assigned to case. (Finn, Mary) (Entered: 02/18/2020) |
| 02/18/2020 | 2 | 5 | NOTICE OF ATTORNEY APPEARANCE: Joseph B. Simons appearing for Jose Torres. Type of Appearance: Retained. (Simons, Joseph) (Entered: 02/18/2020) |
| 02/18/2020 | 3 | | ELECTRONIC NOTICE OF HEARING for Initial Appearance as to Jose Torres. Initial Appearance – Rule 5 set for 2/18/2020 03:30 PM in Courtroom 24 before Magistrate Judge M. Page Kelley. (Belmont, Kellyann) (Entered: 02/18/2020) |
| 02/18/2020 | 4 | 6 | RULE 5 AFFIDAVIT by USA as to Jose Torres by Affiant Michael Scimeca (Attachments: # 1 Copy of warrant) (Belmont, Kellyann) (Entered: 02/19/2020) |
| 02/18/2020 | 5 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge M. Page Kelley: Initial Appearance in Rule 5(c)(3) Proceedings as to Jose Torres held on 2/18/2020. Court goes over the proceedings and advises the defendant of his rights. Court has colloquy with defendant about whether or not he understands his rights and the pending charges out of the District of New Jersey. Government states charges and moves for detention. Court takes recess. Court back on record. Court advises the defendant of his rights under Rule 20 and his rights to an identity hearing, production of warrant, preliminary and detention hearing in this district. Defendant waives the hearings in this district and wishes to have them in New Jersey. Court has colloquy and finds the waivers of the hearings in this district knowing and voluntary. Order of remand to New Jersey to issue. Defendant remanded to custody of USMS. (Attorneys present: Nathaniel Yeager for the government and Joseph Simons for the defendant. Taia Thompson for probation. )Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please go to http://www.mad.uscourts.gov/attorneys/Magistrate−Audio.htm . For a transcript of this proceeding, contact Deborah Scalfani by email at deborah_scalfani@mad.uscourts.gov. (Belmont, Kellyann) (Entered: 02/19/2020) |
| 02/18/2020 | 6 | 8 | WAIVER of Rule 5 and 5.1 Hearings by Jose Torres (Belmont, Kellyann) (Entered: 02/19/2020) |

| | | | |
|---|---|---|---|
| 02/18/2020 | 7 | 9 | Magistrate Judge M. Page Kelley: ORDER entered. ORDER OF REMOVAL to District of New Jersey as to Jose Torres. (Forwarded to USMS) (Belmont, Kellyann) (Entered: 02/19/2020) |

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: Joseph B. Simons (joe@jbsimonslaw.com), K. Nathaniel Yeager
(nathaniel.yeager@usdoj.gov, usama.ecf@usdoj.gov), Magistrate Judge M. Page Kelley
(erika_page@mad.uscourts.gov, honorable_page_kelley@mad.uscourts.gov,
kellyann_moore@mad.uscourts.gov, patricia_macdougall@mad.uscourts.gov)
--Non Case Participants: ad hoc (kellyann_belmont@mad.uscourts.gov)
--No Notice Sent:

Message-Id:8670774@mad.uscourts.gov
Subject:Activity in Case 1:20-mj-06126-MPK USA v. Torres Case Assigned/Reassigned
Content–Type: text/html
```

# United States District Court

# District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 2/18/2020 at 9:12 AM EST and filed on 2/18/2020

| | |
|---|---|
| **Case Name:** | USA v. Torres |
| **Case Number:** | 1:20–mj–06126–MPK |
| **Filer:** | |
| **Document Number:** | 1(No document attached) |

**Docket Text:**
**ELECTRONIC NOTICE of Case Assignment as to Jose Torres; Magistrate Judge M. Page Kelley assigned to case. (Finn, Mary)**

**1:20–mj–06126–MPK–1 Notice has been electronically mailed to:**

K. Nathaniel Yeager     nathaniel.yeager@usdoj.gov, USAMA.ECF@usdoj.gov

**1:20–mj–06126–MPK–1 Notice will not be electronically mailed to:**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>V.<br><br>JOSE TORRES,<br>    Defendant | )<br>)<br>)<br>)<br>)   CRIMINAL NO. 1:20-mj-06126-MPK<br>)<br>)<br>)<br>) |

## APPEARANCE OF COUNSEL

Please enter my appearance as counsel for Jose Torres, the defendant in the above-entitled action.

                                          Respectfully Submitted
                                          For the Defendant,
                                          JOSE TORRES,

                                          /s/ Joseph B. Simons
                                          Joseph B. Simons, Esq.
                                          Simons Law Office
                                          1 International Place, Suite 1400
                                          Boston, MA  02110
                                          (617) 544-9000
                                          MA BBO #684030

Dated:  February 18, 2020

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 18, 2020.

                                          /s/ Joseph B. Simons
                                          Joseph B. Simons

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA         )
                                 )
v.                               )    No. 20-MJ-6126-MPK
                                 )
JOSE TORRES                      )
    Defendant                    )

### AFFIDAVIT OF OUTSTANDING ARREST WARRANT
### PURSUANT TO FED. R. CRIM. P. 5(c)(3)

I, Michael Scimeca, Special Agent, Federal Bureau of Investigation, do hereby make oath before the Honorable M. Page Kelley, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one JOSE TORRES, issued by the United States District Court for the District of New Jersey on or about February 13, 2020, for two counts alleging Coercion and Enticement, in violation of Title 18, United States Code, Section 2422(a). I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above and in the warrant. A copy of said warrant is attached.

_____
Michael Scimeca
Special Agent
Federal Bureau of Investigations

Subscribed and sworn to before me this 18th day of February, 2020.

_____
The Honorable M. Page Kelley
United States Magistrate Judge

6

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 20-10059 |
| JOSE TORRES | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jose Torres,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 2422(a) (Coercion and Enticement)

Date:   02/13/2020

*Issuing officer's signature*

City and state:   Essex County, New Jersey

Hon. Michael A. Hammer
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 20-mj-6126-MPK |
| Jose Torres | ) | Charging District's Case No. 20-10059 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* __District of New Jersey__

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 2/18/2020

Defendant's signature: *[signed]* 2/18/2020

Signature of defendant's attorney: *[signed]*

Printed name of defendant's attorney: Joseph B Simons

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 20-mj-6126-MPK |
| | ) | |
| Jose Torres | ) | Charging District's |
| Defendant | ) | Case No. 20-10059 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of New Jersey ,
*(if applicable)* _____ division. The defendant may need an interpreter for this language:
_____ .

The defendant:   ☑ will retain an attorney.
                 ☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 2/18/2020

_____Page Kelley_____
*Judge's signature*

\_\_\_\_\_U.S. Magistrate Judge\_\_\_\_\_
*Printed name and title*